NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARY CHASE,                            )
                                       )
        Appellant,                     )
                                       )
v.                                     )      Case No.  2D17-1192
                                       )
DYCK-O'NEAL, INC.,                     )
                                       )
        Appellee.                      )
                                       )
_____)

Opinion filed February 9, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

David W. Fineman of The Dellutri Law
Group, P.A., Fort Myers, for Appellant.

David M. Snyder of David M. Snyder, P.A.,
Tampa; Susan B. Morrison of Law Offices
of Susan B. Morrison, P.A., Tampa; and
Joshua D. Moore of Law Offices of Daniel
C. Consuegra, Tampa, for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, CRENSHAW, and LUCAS, JJ., Concur.